

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

10/27/2015 3:28:51 PM

DEBRA SPISAK
Clerk

**KAREN B. MARTINEZ**

Official Court Reporter
372nd Judicial District Court
401 West Belknap Street, Sixth Floor
Fort Worth, Texas  76102
817.884.2996/Fax 817.884.3361
kbsmith@tarrantcounty.com

October 27, 2015

Ms. Bonnie Alexander
Second Court of Appeals
401 West Belknap Street
Fort Worth, Texas  76102

RE:   Court of Appeals Case No. 02-15-00298-CR; 02-15-00299-CR;
                    02-15-00300-CR
      Trial Court Cause No. 116572D; 1120050D; 1408625D
      State of Texas vs. Terrell Shamar Williams

Dear Ms. Alexander:

I am requesting a 30-day extension on the above-styled and                    -
numbered cause.  Because of my trial schedule and current my caseload, the
30 days will be sufficient time to complete this record.

Thank you very much.

Karen B. Martinez
Official Court Reporter
372nd District Court
Tarrant County, Texas



KAREN B. MARTINEZ
Official Court Reporter
372nd Judicial District Court
Tim Curry Criminal Justice Center
Fort Worth, Texas 76196
817-884-3094 Fax 817-884-...
karen@...court...

October 2, 2015

Ms. Berlinda Alexander
Attorney at Law
101 West Belknap Street
Fort Worth, Texas 76102

RE: Court of Appeals Case No. 02-15-00298-CR/02-15-00299-CR,
02-15-00300-CR
Trial Court Case Nos. 1420513D, 1420558R, 1426542D;
State of Texas vs. Torrey Shane Griffin, Jr.

Dear Ms. Alexander:

I am requesting a 30-day extension on the above record. I am
currently out on FMLA leave and my child's lifetime... and I need the
30 days to allow me time to complete the record.

Thank you very much.

Sincerely,

Karen B. Martinez
Official Court Reporter